UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DORIS QUINN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　Defendant. | 2:12-cv-00087-GMN-VCF<br><br>**MINUTE ORDER** |

　　　Before the Court is *Quinn v. Wal-Mart Stores, Inc.*, case no. 2:12-cv-00087-GMN-VCF.

　　　The Court has been informed that the case has reached a settlement.

　　　IT IS HEREBY ORDERED that the settlement conference scheduled for November 15, 2012 is vacated.

　　　IT IS FURTHER ORDERED that a Stipulation for Dismissal will be filed on or before November 2, 2012.

　　　DATED this 21st day of September, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE