# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DORIS QUINN, | 2:12-cv-00087-GMN-VCF |
| Plaintiff, | **MINUTE ORDER** |
| vs. | |
| WAL-MART STORES, INC., | |
| Defendant. | |

Before the Court is *Quinn v. Wal-Mart Stores, Inc.*, case no. 2:12-cv-00087-GMN-VCF.

The Court has been informed that the case has reached a settlement.

IT IS HEREBY ORDERED that the settlement conference scheduled for November 15, 2012 is vacated.

IT IS FURTHER ORDERED that a Stipulation for Dismissal will be filed on or before November 2, 2012.

DATED this 21st day of September, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE