1 BRENDA H. ENTZMINGER
Nevada Bar No. 9800
2 **PHILLIPS, SPALLAS & ANGSTADT LLC**
3 504 South Ninth Street
Las Vegas, Nevada 89101
4 (702) 938-1510

5 *Attorneys for Defendant*
*Wal-Mart Stores, Inc.*
6

7 UNITED STATES DISTRICT COURT

8 DISTRICT OF NEVADA

9 DORIS QUINN,                                   Case No.: 2:12-cv-0087-GMN-VCF

10           Plaintiff,                          **STIPULATION AND ORDER FOR**
                                                 **DISMISSAL WITH PREJUDICE**
11    vs.

12 WAL-MART STORES, INC, and DOES 1
13 through 100; and ROE CORPORATIONS 101
through 200;
14           Defendants.

15

16       IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

17 counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

18 //

19 //

20 //

21 //

22 //

23 //

24 //

25 //

- 1 -

1 | party's own costs and attorney's fees.

2 | DATED this ___ day of _____, 2012.         DATED this 4th day of December, 2012.

3 | **BERNSTEIN & POISSON**                      **PHILLIPS, SPALLAS & ANGSTADT**

4 | /s/ _____                  /s/ _____ NV BAR #11457

5 | Christopher D. Burk, Esq.                    Brenda H. Entzminger
    320 South Jones Boulevard                    504 South Ninth Street
    Las Vegas, Nevada 89107                      Las Vegas, Nevada 89101
    *Attorney for Plaintiff*                     *Attorneys for Defendant*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 5th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE